# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ROBERT CARR, *et al.* § <br> § <br> *Plaintiffs,* § <br> v. § <br> § <br> PINNACLE FRAC TRANSPORT LLC, § <br> § <br> *Defendant.* § <br> § | Civil Action No. 4:23-cv-00709 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #48) that the Motion for a Default Judgment (Dkt. #45) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion for a Default Judgment (Dkt. #45) is hereby **GRANTED.**

Plaintiff Robert Carr is awarded $28,577.50; Plaintiff Steven Smith, Jr., is awarded $48,520.40; Plaintiff John Darnell is awarded $35,381.66; Plaintiff Eric Powell is awarded $23,920.00. Each of those awards shall accrue post-judgment interest at the rate prescribed by 28 U.S.C. § 1961. Defendant Pinnacle Frac Transport LLC is **ORDERED** to pay Carr, Smith, Darnell, and Powell's attorney's fees and costs in the amount of $18,592.

**IT IS SO ORDERED**.

**SIGNED this 29th day of January, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE