# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBERT CARR, et al., | § | |
| | § | |
| *Plaintiffs,* | § | Civil Action No. 4:23-cv-00709 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| PINNACLE FRAC TRANSPORT LLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 30, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #52) that Plaintiffs Billy Bales's and Carolyn Sims's claims be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs Billy Bales's and Carolyn Sims's claims are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 3rd day of March, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE